UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

OWEN HARTY, Individually,

    Plaintiffs,

v.

LA LIBERTE L.L.C., d/b/a Sofitel Philadlephia Hotel, a Delaware Limited Liability Company,

    Defendant.

No. 2:18-cv-03553-MMB

FILED
JAN 1 0 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this the 10th day of January, 2019, it having been reported that the claim(s) between the parties in the above action have been settled, and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is hereby **ORDERED** and **DECREED** that the above action is **DISMISSED**, with prejudice, pursuant to agreement of counsel.

**IT IS SO ORDERED.**

BY THE COURT:

_____
Michael M. Baylson, U.S.D.J.